IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00912-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 28, 2010.**

    Defendant's Unopposed Motion to Vacate Scheduling Conference [filed May 27, 2010; docket #17] is **granted**. A Scheduling Conference will be rescheduled in this case, if necessary, upon disposition of the pending motion to remand.