IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00912-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 27, 2010.**

    Plaintiff's Motion for Reasonable Accommodation for Physical Traumatic Brain Injury [filed July 23, 2010; docket #28] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1A, which provides that the Court will not consider any motion unless counsel for a moving party or a pro se party, before filing a motion, has conferred or made reasonable good-faith efforts to confer with opposing counsel regarding the request made in the motion. The moving party must state in the motion his or her specific efforts to comply with the rule, including a statement of the opponent's position on the motion.