IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00912-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 6, 2010.**

    Plaintiff's Motion to Vacate Scheduling [sic] Conference Pending a Hearing on Plaintiff's Request for Reasonable Accommodation [filed October 6, 2010; docket #46] is **denied**. First, there is no pending motion for "reasonable accommodation" in this case. Second, the Plaintiff claims that she "requires additional time to schedule appointments" and "requires assistance scheduling for help driving and arriving at court appointments." Thus, the Court will permit the Plaintiff to appear at the October 7, 2010 status conference by telephone by calling my Chambers at (303) 844-4507 at the appointed time.