IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00912-REB-MEH

TINA GARCIA,

    Plaintiff,

v.

BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 12, 2010.**

    Defendant's Unopposed Motion to Vacate Settlement Conference [filed October 8, 2010; docket #51] is **granted**. The Settlement Conference set for October 15, 2010, is hereby **vacated**. A Status Conference is hereby scheduled for **November 18, 2010**, at **9:00 a.m.** to discuss the progress of this matter and the resetting of a settlement conference. The Status Conference will be held in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.